# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

DOROTHY WITHERSPOON,          :

    Plaintiff,          :

vs.          :          CA 12-0220-C

CAROLYN W. COLVIN,          :
Acting Commissioner of Social Security,
                                      :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 18th day of March, 2013.

                                          s/WILLIAM E. CASSADY
                                        **UNITED STATES MAGISTRATE JUDGE**